USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 3 2009

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Date: May 10th 2009
Docket # 07-0944-CV
INDIA.COM, INC. v. SANDEEP DALAL

DC Docket # 02-CV-111 DLC SDNY
DC Judge: Honorable Denise Cote

### ITEMIZED AND VERIFIED BILL OF COSTS

*Pro Se* Counsel Sandeep Dalal respectfully submits, pursuant to Rule 39(c) of the Federal Rules of Appellate Procedure, the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against *India.com, Inc. (Plaintiff, Counter-Defendant, Appellee of Remand Opinion), and India Holdings, Inc. and Easylink Services Corp. (together Counter-Defendants and Appellees of the Remand Opinion)*, and in favor of *Sandeep Dalal (Defendant, Counter-Claimant and Appellant of Remand Opinion)* for insertion in the mandate.

| | |
|---|---:|
| Docketing Action (Appeal Filing Fee because Judgment was Reversed) (Actual check marked A-1 and A-2) | $455.00 |
| Costs of Producing Appendix (10 necessary copies) (Verified via actual bills and an Affidavit) | $514.90 |
| Costs of Producing Briefs (12 necessary copies) (Verified via actual bills and an Affidavit) | $108.23 |
| Costs of Producing Reply Briefs (12 necessary copies) (Verified via actual bills and an Affidavit) | $79.29 |
| **TOTAL BILL OF COSTS TAXED AT COURT OF APPEALS** | **$1157.42** |

I, Sandeep Dalal, acting as *pro se* counsel, have read this itemized and verified Bill of Costs, as well as the supporting Affidavit, which was prepared and signed by me; know the contents thereof to be true, to the best of my knowledge and are based on the bills and records maintained by me.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by D. Helms
DEPUTY CLERK

FILED JUL 3 1 2009
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

Signed: Sandeep Dalal
*Pro Se*
1809 Devonshire Crescent
Houston, TX 77030
sdeepdalal@hotmail.com
Telephone: (202) 329-7534 (Mobile)

DOCKETED AS A JUDGMENT ON #09,144 8/3/09

**STATEMENT OF COSTS**
Taxed in the amount of $ __1,157.42__ in favor of
**Appellant Sandeep Dalal**

JUL 3 1 2009
Date

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by Joy Fallek
Joy Fallek, Administrative Attorney

CERTIFIED: JUL 3 1 2009