UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
INDIA.COM, INC.,                        :
                        Plaintiff,      :
                                        :    02 Civ. 0111 (DLC)
            -v-                         :
                                        :         ORDER
SANDEEP DALAL,                          :
                        Defendant.      :
                                        :
----------------------------------------X

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #: _____                │
│ DATE FILED: 11-19-09          │
└──────────────────────────────┘
```

DENISE COTE, District Judge:

     By a letter dated November 18, 2009, counsel for plaintiff

requests a two-week extension of the November 20 deadline to

file its reply brief.  Pro se defendant Dalal does not consent

to this request.  It is hereby

     ORDERED that plaintiff's request is granted.  Plaintiff

shall file its reply brief by **December 4, 2009**.


          SO ORDERED:

Dated:     New York, New York
           November 19, 2009

                              _____
                                    DENISE COTE
                              United States District Judge

COPIES SENT TO:

Matthew A. Schiappa
Clemente Mueller & Tobai, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, New Jersey 07962-1296

Sandeep Dalal
2111 Wisconsin Avenue, NW
Apartment 208
Washington, D.C.  20007