UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIA.COM, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>SANDEEP DALAL, )<br>)<br>Defendant. )<br>_____)<br>)<br>SANDEEP DALAL, )<br>)<br>Counterclaim-Plaintiff, )<br>)<br>)<br>v. )<br>)<br>INDIA .COM, INC., EASYLINK )<br>SERVICES CORPORATION, and )<br>INDIA HOLDINGS, INC., )<br>)<br>Counterclaim-Defendants. )<br>_____) | File No. 02 Civ. 0111 (DLC)<br>Notice of Appeal |

## NOTICE OF APPEAL

Notice is hereby given that India.com, Inc. (Plaintiff/Counterclaim-Defendant), EasyLink Services Corporation (Counterclaim-Defendant), and India Holdings, Inc. (Counterclaim-Defendant) in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 31st day of December, 2009.

{KH103051.DOC 2}

Respectfully submitted this 28th day of January, 2010.

Craig H. Kuglar (CK3848)
New York Bar No. 4356606

KREVOLIN & HORST, LLC
One Atlantic Center
1201 West Peachtree Street, N.W.
Suite 3250
Atlanta, GA 30309
Phone: (404) 888-9700
Fax: (404) 888-9577

*Attorneys for India.com, Inc., EasyLink Services Corporation, and India Holdings, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIA.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | File No. 02 Civ. 0111 (DLC) |
| ) | Notice of Appeal |
| v. ) | |
| ) | |
| SANDEEP DALAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| SANDEEP DALAL, ) | |
| ) | |
| Counterclaim-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INDIA .COM, INC., EASYLINK ) | |
| SERVICES CORPORATION, and ) | |
| INDIA HOLDINGS, INC., ) | |
| ) | |
| Counterclaim-Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW Craig H. Kuglar and herein enters an appearance as counsel of record for Plaintiff/Counterclaim-Defendant India.com, Inc., and Counterclaim-Defendants EasyLink Services Corporation and India Holdings, Inc. in the above-captioned action.

Respectfully submitted this 28th day of January, 2010.

Craig H. Kuglar (CK3848)
New York Bar No. 4356606
kuglar@khlawfirm.com

KREVOLIN & HORST, LLC
1201 W. Peachtree St., N.W.
Suite 3250
Atlanta, GA 30309
(404) 888-9700
(404) 888-9577 (facsimile)

*Attorneys for India.com, Inc.,
EasyLink Services Corporation, and
India Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2010, I served the foregoing *Notice of Appearance* via overnight delivery to the following:

Matthew Austin Shiappa, Esq.
Clemente, Mueller & Tobia, P.A.
218 Ridgedale Avenue, P.O. Box 1296
Morristown, NJ 07962

Sandeep Dalal
1809 Devonshire Crescent
Houston, TX 77030

Craig H. Kuglar (CK3848)
New York Bar No. 4356606
kuglar@khlawfirm.com

KREVOLIN & HORST, LLC
1201 W. Peachtree St., N.W.
Suite 3250
Atlanta, GA 30309
(404) 888-9700
(404) 888-9577 (facsimile)

*Attorneys for India.com, Inc.,
EasyLink Services Corporation, and
India Holdings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INDIA.COM, INC.,

      Plaintiff,

 -against-

SANDEEP DALAL,

      Defendant.
-----------------------------------------------------------X
SANDEEP DALAL.,

      Counterclaim-Plaintiff,

 -against-

INDIA.COM, INC., EASYLINK SERVICES
CORPORATION, and INDIA HOLDINGS, INC.,

      Counterclaim-Defendants.
-----------------------------------------------------------X

02 CIVIL 0111 (DLC)

**JUDGMENT**

#09, 2484

  Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on December 30, 2009, having rendered its Opinion and Order directing the Clerk of Court to enter final judgment in favor of Sandeep Dalal in the amount of $937,500.00 plus prejudgment interest of $544,846.75, for a total award of $1,482,346.75, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 30, 2009, final judgment is entered in favor of Sandeep Dalal in the amount of $937,500.00 plus prejudgment interest of $544,846.75, for a total award of $1,482,346.75.

Dated: New York, New York
   December 31, 2009

               J. MICHAEL McMAHON
               Clerk of Court

          BY: _____
               Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____