# Appeal Bond

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/10

UNITED STATES COURT OF APPEALS FOR THE SECOND DISTRICT

SANDEEP DALAL
_____
                    Plaintiff(s)

                    -against-

EASYLINK SERVICES CORPORATION, AND INDIA HOLDINGS, INC.
                    Defendant(s)

Bond No.   SUR0004304

Index or
Cause No.   02 CIVIL 0111(DLC)

KNOW ALL MEN BY THESE PRESENTS, that we __EASYLINK SERVICES CORPORATION, AND INDIA HOLDINGS, INC.__, as Principal, and __Argonaut Insurance Company__, a corporation organized under the laws of the State of __IL__ and authorized to do business in the State of __NY__, as Surety, are held and firmly bound unto __SANDEEP DALAL__ as Obligee, in the maximum penal sum of __One Million Six Hundred Forty Five Thousand Four Hundred Four Dollars and 89/100__ Dollars ($__1,645,404.89__), lawful money of the United States of America, for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has appealed to the __UNITED STATES COURT OF APPEALS FOR THE SECOND DISTRICT__ from a judgment entered on the __31st__ day of __December, 2009__.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full, force and effect.

SIGNED, SEALED AND DATED this __16th__ day of __March, 2010__.

EASYLINK SERVICES CORPORATION, AND INDIA HOLDINGS, INC.
By: _____
    Glen Shipley, Director

Argonaut Insurance Company
By: _____
    JANICE H. FENNELL, Attorney-in-Fact

3/30/10
Approved as to form
Michael McMahon, Clerk
By: _____ Dep. Clerk

AS-0005804

# Argonaut Insurance Company
## 225 W. Washington, 6th Floor
## Chicago, IL  60606

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the Argonaut Insurance Company, a Corporation duly organized and existing under the laws of the State of Illinois and having its principal office in the County of Cook, Illinois does hereby nominate, constitute and appoint:

Richard C. Rose, Jeremy C. Rose, Janice H. Fennell

its true and lawful agent and attorney-in-fact, to make, execute, seal and deliver for and on its behalf as surety, and as its act and deed any and all bonds, contracts, agreements of indemnity and other undertakings in suretyship provided, however, that the penal sum of any one such instrument executed hereunder shall not exceed the sum of:
$15,000,000.00

This Power of Attorney is granted and is signed and sealed under and by the authority of the following Resolution adopted by the Board of Directors of Argonaut Insurance Company:

"RESOLVED, That the President, Senior Vice President, Vice President, Assistant Vice President, Secretary, Treasurer and each of them hereby is authorized to execute powers of attorney, and such authority can be executed by use of facsimile signature, which may be attested or acknowledged by any officer or attorney, of the Company, qualifying the attorney or attorneys named in the given power of attorney, to execute in behalf of, and acknowledge as the act and deed of the Argonaut Insurance Company, all bond undertakings and contracts of suretyship, and to affix the corporate seal thereto."

IN WITNESS WHEREOF, Argonaut Insurance Company has caused its official seal to be hereunto affixed and these presents to be signed by its duly authorized officer on the __15th__ day of __September__, 2008.

Argonaut Insurance Company

By: _____
Michael E. Arledge, President

STATE OF TEXAS
COUNTY OF BEXAR    SS:

On this __15th__ day of __September__, __2008__ A.D., before me, a Notary Public of the State of Texas, in and for the County of Bexar, duly commissioned and qualified, came THE ABOVE OFFICER OF THE COMPANY, to me personally known to be the individual and officer described in, and who executed the preceding instrument, and he acknowledged the execution of same, and being by me duly sworn, deposed and said that he is the officer of the said Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and the said Corporate Seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said corporation, and that Resolution adopted by the Board of Directors of said Company, referred to in the preceding instrument is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Official Seal at the County of Bexar, the day and year first above written.



(Notary Public)

I, the undersigned Officer of the Argonaut Insurance Company, an Illinois Corporation, do hereby certify that the original POWER OF ATTORNEY of which the foregoing is a full, true and correct copy is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the Seal of said Company, on the __16TH__ day of __MARCH__, __2010__.

Robert F. Thomas, Vice President

**THIS DOCUMENT IS NOT VALID UNLESS PRINTED ON SHADED BACKGROUND WITH RED SERIAL NUMBER IN THE UPPER RIGHT HAND CORNER. IF YOU HAVE QUESTIONS ON AUTHENTICITY OF THIS DOCUMENT CALL (281) 378 - 8077.**