Case 1:02-cv-00111-DLC Document 430 Filed 06/15/10 Page 1 of 1

N.Y. - NYC
02-cv-111
Cote, J.

**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of June, two thousand ten,

Present:

    Roger J. Miner,
    Robert D. Sack,
    Peter W. Hall,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/15/2010
```

India.Com, Inc.,

    *Plaintiff-Counter-Defendant-Appellant-Cross Appellee*,

EasyLink Services Corporation, India Holdings, Inc.,

    *Counter-Defendants-Appellants-Cross-Appellees*,

    v.

Sandeep Dalal,

    *Defendant-Counter-Claimant-Appellee-Cross-Appellant*.

10-438-cv (L),
10-612-cv (Con)

EasyLink Services Corporation and India Holdings, Inc. (collectively "EasyLink"), through counsel, move for a limited remand so that the district court may consider their objections to Sandeep Dalal's bill of costs. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the case is REMANDED to the district court for consideration of whether to correct any clerical errors pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, as well as for consideration of EasyLink's substantive objections to Dalal's bill of costs. In accordance with *United States v. Jacobson*, 15 F.3d 19, 22 (2d Cir. 1994), the mandate shall issue forthwith. Jurisdiction over the appeal will be automatically restored to this Court, without the need for a new notice of appeal, upon notification to the Clerk of Court within 30 days of the entry of the district court's decision.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-JW

MANDATE ISSUED ON 06/15/2010